UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**AMY ELIZABETH VILAS-COULTER**
**(XXX-XX-7405)**

Bankruptcy Case No. 21-43570
Chapter 13

Address: 4191 Babcock Rd.
Lexington, MI 48450

Debtor.
_____/

**AMY ELIZABETH VILAS-COULTER**
**(XXX-XX-7405)**

Adversary No.: 23-04050

Plaintiff,

Hon. Maria L. Oxholm

v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

Defendant.
_____/

**STIPULATION FOR ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**

NOW COME the Debtors-Plaintiff, AMY ELIZABETH VILAS-COULTER, by and through her undersigned counsel, and upon stipulation and consent of the Creditor-Defendant, United States Department of Education, by and through their undersigned counsel, hereby agree to dismiss without prejudice the adversary proceeding filed against the Creditor-Defendant on February 2, 2023.

|  |  |
|---|---|
|  | DAWN N. ISON<br>United States Attorney |
| /s/ Charissa Potts<br>CHARISSA POTTS (P73247)<br>Attorney for Plaintiff<br>20882 Harper Avenue, Ste. 100<br>Harper Woods, MI 48235<br>Phone: (313) 887-0807<br>Email: info@freedomlawpc.com | /s/John Postulka<br>JOHN POSTULKA (P71881)<br>Assistant United States Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>Phone: (313) 226-9118<br>Email: John.postulka2@usdoj.gov |
| Dated: April 7, 2023 | Dated: April 7, 2023 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**AMY ELIZABETH VILAS-COULTER**
**(XXX-XX-7405)**

Bankruptcy Case No. 21-43570
Chapter 13

Address:    4191 Babcock Rd.
            Lexington, MI  48450

Debtor.

_____/

**AMY ELIZABETH VILAS-COULTER**
**(XXX-XX-7405)**                                          Adversary No.:  23-04050
        Plaintiff,                                         Hon. Maria L. Oxholm

v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

        Defendant.

_____/

### ORDER DISMISSING ADVERSARY WITHOUT PREJUDICE

This matter having come before the Court upon the Stipulation of the Debtor-Plaintiff and the Creditor-Defendant; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this adversary proceeding is dismissed without prejudice.